IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KARNICSHA MILLER, on her own behalf and on behalf of her minor children, KS. W. and KY. W., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 13 CV 9257<br><br>Honorable Virginia M. Kendall |
| **Plaintiff,** | | |
| v. | | |
| CITY OF HARVEY, a municipal corporation, OFFICER ANDERSON DAVIES, Star No. 972, in his individual capacity; OFFICER O'SHAY RIFE, Star No. 963, in his individual capacity; OFFICER ANTHONY SINNOTT, Star No. 960, in his individual capacity; OFFICER HAL BISCHOFF, Star No. 931, in his individual capacity; and OFFICER SCOTT DONOVAN, Star No. 859, in his individual capacity; | | |
| **Defendants.** | | |

**ORDER TERMINATING PROCEEDINGS PURSUANT TO SETTLEMENT**

This matter, having appeared before the Honorable District Judge Virginia M. Kendall for pre-trial conference on September 9, 2015 at the hour of 2:00 p.m. It is hereby ordered that this case is terminated as the parties have reached a settlement. Defendant City of Harvey, Defendant Anderson Davies, Defendant O'Shay Rife, Defendant Anthony Sinnott, Defendant Hal Bischoff, Defendant Scott Donovan (the "Harvey Defendants") and Plaintiff Karnicsha Miller, on her own behalf and on behalf of her minor children KS. W and KY.W have settled the above captioned matter for the sum of $150,000.00 (U.S.), inclusive of all of Plaintiff's costs and Plaintiff's attorneys' fees. The City of Harvey is hereby ordered to pay the settlement to Plaintiff and the law firm of Henderson Adam in equal installments of $50,000.00 as follows: $50,000.00 to be paid on or before October 31, 2015; $50,000.00 to be paid on or before November 30, 2015; and the final payment of $50,000.00 to be paid on or before December 31, 2015. It is further ordered that counsel for the Harvey Defendants is ordered to tender a release and

settlement agreement to Plaintiff's counsel no later than 5:00 p.m. on Friday, September 11, 2015 and said release and settlement agreement shall contain the terms of settlement and payment schedule for the settlement which are contained in this order. Plaintiff is hereby ordered to execute said release and settlement agreement and tender said release and settlement agreement to counsel for the Harvey Defendants no later than Wednesday, September 23, 2015, at which time, and no sooner, the City of Harvey is obligated to send the initial settlement payment to Plaintiff and Henderson Adam. The Court will retain jurisdiction of this matter through and including January 31, 2016, to ensure that the terms of the settlement agreement are enforced.

The parties need not appear before this Court on September 14, 2015 at 9:30 a.m. for trial.

District Judge Virginia M. Kendall

9/11/2015
Date